Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR -2 PM 3: 49

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| ERICK GALLO, SEE ATTACHED LIST<br><br>vs<br><br>MASCO CORPORATION, a corporation, SEE ATTACHED LIST | **SUMMONS IN A CIVIL ACTION**<br>Case No.<br><br>**'08 CV 604  J  CAB** |

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

RUKIN HYLAND DORIA & TINDALL LLP
John Hyland
100 Pine Street, Suite 725
San Francisco, CA 94111

GULLEDGE LAW GROUP
Linda Gulledge
1190 South Victoria Avenue, Suite 208
Ventura, CA 93003

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | APR 0 2 2008 |
|---|---|
| CLERK | DATE |
| J. H____ | |
| By                      , Deputy Clerk | |

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

12012782 tif - 4/2/2008 2:57:34 PM

Attached List

ERICK GALLO, ARMANDO GUTIERREZ, ANGEL MIRAMONTES, ANTONIO MIRAMONTES, LUIS MIRAMONTES, and MANUEL MONTES, individually, on behalf of all others similarly situated, and on behalf of the general public,
Plaintiffs,

v.

MASCO CORPORATION, a corporation, MASCO SERVICES GROUP CORPORATION, a corporation, GUY EVANS, INC., a corporation, BUILDER SERVICES GROUP, INC., a corporation, and DOES 1 through 20, inclusive
Defendants.