| | |
|---|---|
| 1  John F Hyland, Bar No: 178875 | (415) 421-1800 |
| 2  RUKIN, HYLAND, DORIA | FILED |
| 3  100 Pine Street<br>San Francisco, CA  94111 | 08 APR 16 PM 3:46<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA |
| 4  Representing: Plaintiff | File No. Gallo v. Masco<br>BY: _____ DEPUTY |

United States District Court

Southern District of California

Gallo, et al.

    Plaintiff/Petitioner

vs

Masco Corporation, a Corporation, et al.

    Defendant/Respondent

Case No: 08CV604 JAH CAB

Proof of Service of:

    Summons In A Civil Action; Complaint

Service on:

    Masco Corporation, a Corporation

Hearing Date:
Hearing Time:
Div/Dept:

BY FAX

PROOF OF SERVICE

FF# 6660615

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| John F Hyland, 178875<br>RUKIN, HYLAND, DORIA<br>100 Pine Street # 725<br>San Francisco, CA 94111<br>TELEPHONE NO.: (415) 421-1800<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

United States District Court
880 Front St. Rm. 4290
San Diego, CA 92101-8900

PLAINTIFF/PETITIONER: Gallo, et al.

DEFENDANT/RESPONDENT: Masco Corporation, a Corporation, et al.

CASE NUMBER: 08CV604JCAB

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: Gallo v. Masco

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons In A Civil Action; Complaint

3. a. Party served: Masco Corporation, a Corporation

   b. Person Served: CT Corp - Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): April 14, 2008      (2) at (time): 2:35 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Masco Corporation, a Corporation

   under:   CCP 416.10 (corporation)

7. Person who served papers
   a. Name:        Jimmy Lizama
   b. Address:     One Legal - 194-Marin
                   504 Redwood Blvd #223
                   Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No. 4553
          (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: April 15, 2008

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                   (SIGNATURE)

**BY FAX**

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6660615