ORIGINAL

| | |
|---|---|
| 1  John F Hyland, Bar No: 178875 | (415) 421-1800 |
| 2  RUKIN, HYLAND, DORIA | |
|    100 Pine Street | FILED |
| 3  San Francisco, CA 94111 | 08 APR 16 PM 3:45 |
| | CLERK, U.S. DISTRICT COURT |
| | SOUTHERN DISTRICT OF CALIFORNIA |
| 4  Representing: Plaintiff | File No. Gallo v. Masco |
| | BY: _____ DEPUTY |

United States District Court

Southern District of California

| | |
|---|---|
| Gallo, et al. | Case No: 08CV604 JAH/CAB |
|              Plaintiff/Petitioner | Proof of Service of: |
|   vs | Summons In A Civil Action; Complaint |
| Masco Corporation, a Corporation, et al. | |
|              Defendant/Respondent | |
| | Service on: |
| | Builder Services Group, Inc., a Corporation |
| | |
| | Hearing Date: |
| | Hearing Time: |
| | Div/Dept: |

BY FAX

PROOF OF SERVICE

FF# 6660617

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| John F Hyland, 178875<br>RUKIN, HYLAND, DORIA<br>100 Pine Street # 725<br>San Francisco, CA 94111<br>TELEPHONE NO.: (415) 421-1800<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
United States District Court
880 Front St. Rm. 4290
San Diego, CA 92101-8900

PLAINTIFF/PETITIONER: Gallo, et al.

DEFENDANT/RESPONDENT: Masco Corporation, a Corporation, et al.

CASE NUMBER: 08CV604JCAB

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: Gallo v. Masco

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons In A Civil Action; Complaint

3. a. Party served: Builder Services Group, Inc., a Corporation

   b. Person Served: CT Corp - Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): April 14, 2008   (2) at (time): 2:35 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   Builder Services Group, Inc., a Corporation

   under:   CCP 416.10 (corporation)

7. Person who served papers
   a. Name:   Jimmy Lizama
   b. Address:   One Legal - 194-Marin
                 504 Redwood Blvd #223
                 Novato, CA 94947
                 415-491-0606
   c. Telephone number:
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 4553
         (iii) County LOS ANGELES

BY FAX

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: April 15, 2008

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

FF# 6660617