# PROOF OF SERVICE

*Gallo, et al. v. Masco Corporation, et al.*
United States District Court for the Southern District of California
(Case No. 3:08 CV 604 J CAB)

I declare that I am over the age of eighteen (18), and not a party to this action. My business address is 100 Pine Street, Suite 725, San Francisco CA 94111. On May 21, 2008, I served a true and correct copy of the following document(s):

**FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

on the parties to this action by placing a true copy thereof in a sealed envelope, addressed as follows:

Arthur F. Silbergeld, Esq.
Proskauer Rose
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206

☒ **VIA U.S. MAIL**
I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the United States Postal Service on May 21, 2008 with postage thereon fully prepaid, at San Francisco, California.

☐ **VIA FACSIMILE:**
The facsimile was transmitted to Facsimile #

☐ **VIA PERSONAL DELIVERY:**
I personally caused to be delivered such sealed envelope(s) by hand to the offices of the addressee(s) pursuant to CCP § 1011.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on May 21, 2008, at San Francisco, California.

_____
Nicholas Ray