ARTHUR F. SILBERGELD, SBN 081093
asilbergeld@proskauer.com
GEORGE SAMUEL CLEAVER, SBN 245717
scleaver@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:    (310) 557-2900
Facsimile:    (310) 557-2193

Attorneys for Defendants,
GUY EVANS, INC. and BUILDER SERVICES GROUP, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK GALLO, ARMANDO GUTIERREZ, ANGEL MIRAMONTES, ANTONIO MIRAMONTES, LUIS MIRAMONTES, MANUEL MONTES, and SAMUEL ALVAREZ HARO, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>    Plaintiffs,<br><br>vs.<br><br>MASCO CORPORATION, a corporation, MASCO SERVICES GROUPS CORPORATION, a corporation, GUY EVANS, INC., a corporation, BUILDER SERVICES GROUP, INC., a corporation, and DOES 1 through 20, inclusive Defendants.<br><br>    Defendants. | Case No. 3:08 CV 0604 JAH (CAB)<br><br>**CLASS ACTION**<br><br>**DEFENDANTS GUY EVANS, INC. AND BUILDER SERVICES GROUP, INC. NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>**ORIGINAL** |

**DEFENDANTS' 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and U.S. District Court for the Southern District of California Civil Local Rule 40.2, and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendants Guy Evans, Inc. and Builder Services Group, Inc. disclose as follows:

## I.   GUY EVANS, INC.

Guy Evans, Inc. ("GEI") has no parent corporation. No publicly held corporation owns more than 10% of GEI stock.

## II.   BUILDER SERVICES GROUP, INC.

Builder Services Group, Inc. ("BSG") is a wholly owned subsidiary of Masco Contractor Services, Inc. Masco Contractor Services Group, Inc. holds more than 10% of BSG's stock. Masco Corporation holds more than 10% of BSG's stock.

DATED: July 2, 2008

ARTHUR F. SILBERGELD
GEORGE SAMUEL CLEAVER
PROSKAUER ROSE LLP

/s/  George Samuel Cleaver

Attorneys for Defendants,
GUY EVANS, INC. and BUILDER SERVICES GROUP, INC.

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5, I hereby certify that I am an associate with Proskauer LLP, and that I caused a true and correct copy of the foregoing DEFENDANTS' 7.1 CORPORATE DISCLOSURE STATEMENT to be served on the parties of this action through the Federal Court CM/ECF system, causing a true copy thereof to be electronically transmitted to the e-mail addresses noted below as follows:

RUKIN HYLAND DORIA & TINDALL LLP
John F. Hyland (Cal. Bar No. 178875)
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700
johnhyland@rhdtlaw.com

GULLEDGE LAW GROUP
Linda Gulledge (Cal Bar No. 196862)
Kelly Woody Gulledge (Cal. Bar No. 234255)
1190 South Victoria Avenue, Suite 208
Ventura, California 93003
Telephone: (805) 642-1972
Facsimile: (805) 642-1933
kwgull@glogweb.com

DATED this 2nd day of July, 2008.

/s/ George Samuel Cleaver
An associate with Proskauer Rose LLP

8086/30663-002
Current/11492248v1