AO 458 (Rev. 5/85) Appearance

# United States District Court

Southern   DISTRICT OF   California

**APPEARANCE**

CASE NUMBER: 3:08 CV 0604 JAH (CAB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Defendants GUY EVANS, INC. and BUILDER SERVICES GROUP, INC.

I certify that I am admitted to practice in this court.

July 3, 2008
*Date*

/s/
*Signature*

PROSKAUER ROSE LLP
GEORGE SAMUEL CLEAVER
*Print Name*                Bar Number  245717

2049 CENTURY PARK EAST
*Address*
SUITE 3200

LOS ANGELES, CA 90067-3206
*City*              *State*              *Zip Code*
e-mail: gcleaver@proskauer.com
(310) 557-2900              (310) 557-2193
*Phone Number*                              *Fax Number*

AO-458

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5, I hereby certify that I am an associate with the law firm of Proskauer Rose LLP, and that I caused a true and correct copy of the foregoing APPEARANCE to be served on the parties of this action through the Federal Court CM/ECF system, causing a true copy thereof to be electronically transmitted to the e-mail addresses noted below as follows:

RUKIN HYLAND DORIA & TINDALL LLP
John F. Hyland (Cal. Bar No. 178875)
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700
johnhyland@rhdtlaw.com


GULLEDGE LAW GROUP
Linda Gulledge (Cal Bar No. 196862)
Kelly Woody Gulledge (Cal. Bar No. 234255)
1190 South Victoria Avenue, Suite 208
Ventura, California 93003
Telephone: (805) 642-1972
Facsimile: (805) 642-1933
kwgull@glogweb.com


DATED this 3rd day of July, 2008.

                              /s/ George Samuel Cleaver
                              An associate with Proskauer Rose LLP