AO 458 (Rev. 5/85) Appearance

# United States District Court

<u>    Southern    </u> DISTRICT OF <u>California                    </u>

## APPEARANCE

CASE NUMBER: 3:08 CV 0604 JAH (CAB)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for   Defendants GUY EVANS, INC. and BUILDERS SERVICES GROUP, INC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| July 3, 2008 | /s/ |
| Date | Signature |
| | PROSKAUER ROSE LLP |
| | ARTHUR F. SILBERGELD |
| | Print Name     Bar Number 081093 |
| | 2049 CENTURY PARK EAST |
| | Address |
| | SUITE 3200 |
| | LOS ANGELES, CA 90067-3206 |
| | City    State    Zip Code |
| | e-mail: asilbergeld@proskauer.com |
| | (310) 557-2900     (310) 557-2193 |
| | Phone Number     Fax Number |

AO-458

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5, I hereby certify that I am a member of the law firm Proskauer Rose LLP, and that I caused a true and correct copy of the foregoing APPEARANCE to be served on the parties of this action through the Federal Court CM/ECF system, causing a true copy thereof to be electronically transmitted to the e-mail addresses noted below as follows:

RUKIN HYLAND DORIA & TINDALL LLP
John F. Hyland (Cal. Bar No. 178875)
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700
johnhyland@rhdtlaw.com

GULLEDGE LAW GROUP
Linda Gulledge (Cal Bar No. 196862)
Kelly Woody Gulledge (Cal. Bar No. 234255)
1190 South Victoria Avenue, Suite 208
Ventura, California 93003
Telephone: (805) 642-1972
Facsimile: (805) 642-1933
kwgull@glogweb.com

DATED this 3rd day of July, 2008.

/s/ Arthur F. Silbergeld
A member with Proskauer Rose LLP