RUKIN HYLAND DORIA & TINDALL LLP
John F. Hyland (Cal. Bar No. 178875)
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700

GULLEDGE LAW GROUP
Linda Gulledge (Cal Bar No. 196862)
Kelly Woody Gulledge (Cal. Bar No. 234255)
1190 South Victoria Avenue, Suite 208
Ventura, California 93003
Telephone: (805) 642-1972
Facsimile: (805) 642-1933

Attorneys for Individual and Representative Plaintiffs
ERICK GALLO, ARMANDO GUTIERREZ,
ANGEL MIRAMONTES, ANTONIO MIRAMONTES,
LUIS MIRAMONTES, and MANUEL MONTES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ERICK GALLO, ARMANDO GUTIERREZ, ANGEL MIRAMONTES, ANTONIO MIRAMONTES, LUIS MIRAMONTES, and MANUEL MONTES, individually, on behalf of all others similarly situated, and on behalf of the general public,<br>Plaintiffs,<br><br>vs.<br><br>MASCO CORPORATION, a corporation, MASCO SERVICES GROUP CORPORATION, a corporation, GUY EVANS, INC., a corporation, BUILDER SERVICES GROUP, INC., a corporation, and DOES 1 through 20, inclusive<br><br>Defendants. | CASE NO. 08CV-604 J CAB<br><br>**NOTICE OF APPEARANCE FOR ATTORNEY LINDA J. GULLEDGE**<br><br><br>Complaint Filed:   April 8, 2008,<br>Trial Date:           *none set* |

Case No. 08CV-604 J CAB

NOTICE OF APPEARANCE FOR ATTORNEY LINDA J. GULLEDGE

1  TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Linda J. Gulledge, Gulledge Law Group, hereby appears on behalf

3  of all plaintiffs.

4

5  DATED: July 23, 2008              GULLEDGE LAW GROUP

6

7                                    By: *Linda Gulledge* (signature)

8                                         LINDA J. GULLEDGE

9                                    Attorneys for Plaintiffs
                                      ERICK GALLO, ARMANDO GUTIERREZ, ANGEL
10                                    MIRAMONTES, ANTONIO MIRAMONTES, LUIS
                                      MIRAMONTES, and MANUEL MONTES, individually,
11                                    on behalf of all others similarly situated, and on behalf of
                                      the general public