UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK GALLO; ARMANDO GUTIERREZ; ANGEL MIRAMONTES; ANTONIO MIRAMONTES; LUIS MIRAMONTES; MANUEL MONTES; and SAMUEL ALVAREZ HARO, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MASCO CORPORATION, a corporation; MASCO SERVICES GROUP CORPORATION, a corporation; GUY EVANS, INC., a corporation; BUILDER SERVICES GROUP, INC., a corporation; and DOES 1 through 20, inclusive,<br><br>　　　　　　　　　　　Defendants. | Civil No.　08cv0604-JAH (CAB)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On August 6, 2008, the Court held an Early Neutral Evaluation Conference. The case did not settle. Therefore, the Court discussed compliance with Federal Rules of Civil Procedure, Rule 26 immediately thereafter. Based thereon, IT IS HEREBY ORDERED:

　　　　1.　　Any objections made to initial disclosure pursuant to Federal Rule of Civil Procedure, Rule 26(a)(1)(A)-(D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26.

2. The Rule 26(f) conference shall be completed on or before **September 2, 2008**;

3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before **September 16, 2008**;

4. A discovery plan shall be lodged with Magistrate Judge Bencivengo on or before **September 16, 2008**; and,

5. A Case Management Conference, pursuant to Federal Rule of Civil Procedure 16(b) shall be held on **September 23, 2008**, at **9:00 a.m.**  The conference shall be telephonic, with attorneys only.  Counsel for Plaintiff shall coordinate and initiate the conference call.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

DATED: August 7, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge