1  [ATTORNEYS LISTED ON NEXT PAGE]

2

3

4

5

6

7

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11  ERICK GALLO, ARMANDO GUTIERREZ, ANGEL MIRAMONTES, ANTONIO MIRAMONTES, LUIS MIRAMONTES, MANUEL MONTES, and SAMUEL ALVAREZ HARO individually, on behalf of all others similarly situated, and on behalf of the general public,

15  Plaintiffs,

16

17  vs.

18  MASCO CORPORATION, a corporation, MASCO SERVICES GROUP CORPORATION, a corporation, GUY EVANS, INC., a corporation, BUILDER SERVICES GROUP, INC., a corporation, and DOES 1 through 20, inclusive

22  Defendants.

CASE NO. 08 CV-604 J CAB
*Assigned for all purposes to Judge John A. Houston*

**JOINT MOTION AND [PROPOSED] ORDER DISMISSING WITHOUT PREJUDICE MASCO CORPORATION AND MASCO SERVICES GROUP CORPORATION**

Complaint Filed:    April 8, 2008
Trial Date:          *none set*

23

24

25

26

27

28

Case No. 08 CV-604 J CAB

JOINT MOTION AND [PROPOSED] ORDER DISMISSING WITHOUT PREJUDICE MASCO CORPORATION AND MASCO SERVICES GROUP CORPORATION

1

RUKIN HYLAND DORIA & TINDALL LLP
JOHN F. HYLAND (Cal. Bar No. 178875)

2

johnhyland@rhdtlaw.com
100 Pine Street, Suite 725

3

San Francisco, California 94111
Telephone: (415) 421-1800

4

Facsimile: (415) 421-1700

5

6

GULLEDGE LAW GROUP
LINDA J. GULLEDGE (Cal Bar No. 196862)

7

lgulledge@workinglaw.com
KELLY WOODY GULLEDGE (Cal. Bar No. 234255)

8

kwgull@workinglaw.com
1190 South Victoria Avenue, Suite 208

9

Ventura, California 93003
Telephone: (805) 642-1972

10

Facsimile: (805) 642-1933

11

Attorneys for Individual and Representative Plaintiffs
ERICK GALLO, ARMANDO GUTIERREZ,

12

ANGEL MIRAMONTES, ANTONIO MIRAMONTES,

13

LUIS MIRAMONTES, MANUEL MONTES, and SAMUEL ALVAREZ HARO

14

15

PROSKAUER ROSE LLP
ARTHUR F. SILBERGELD (Cal. Bar No. 81093)

16

asilbergeld@proskauer.com
GEORGE SAMUEL CLEAVER (Cal Bar No. 245717)

17

scleaver@proskauer.com
CLIFFORD DAVIDSON (Cal. Bar No. 246119)

18

cdavidson@proskauer.com
2049 Century Park E. 32 Floor

19

Los Angeles, CA, 90067-3206
Telephone: (310) 557-2900

20

Facsimile:  (310) 557-2193

21

22

Attorneys for Defendants GUY EVANS, INC., and
BUILDER SERVICES GROUP, INC

23

24

25

26

27

28

-2-

Case No. 08 CV-604 J CAB

Pursuant to CivLR 7.2, the parties to this action, Plaintiffs Erick Gallo, Armando Gutierrez, Angel Miramontes, Antonio Miramontes, Luis Miramontes, Manuel Montes, and Samuel Alvarez Haro ("Plaintiffs") and Defendants Guy Evans, Inc., and Builder Services Group, Inc. ("Defendants"), through their respective counsel of record, stipulate and agree to the following

**Procedural Posture:  Case "In Issue"**

1.    On April 8, 2008, Plaintiffs filed their Complaint, and on April 14, 2008, Plaintiffs completed service of their Complaint.  Thereafter, on May 22, 2008, Plaintiffs filed a First Amended Complaint adding Samuel Alvarez Haro as a plaintiff.

2.    On June 26, 2008, Defendants filed their Answer to Plaintiffs' First Amended Complaint.

**Following Conference of Counsel and Pursuant to the Parties Tolling Agreement, Plaintiffs Have Voluntarily Agreed to Dismiss Without Prejudice Masco Corporation and Masco Services Group Corporation**

3.    Prior to Defendants filing their Answer, counsel for all parties conferred telephonically and via email regarding the appropriateness of maintaining the instant action against Masco Corporation and Masco Services Group Corporation.

4.    Ultimately, the parties, through their respective counsel, entered into a tolling agreement (attached hereto as Exhibit A is a correct copy of the executed Agreement).

5.    Pursuant to the parties' tolling agreement, Plaintiffs have voluntarily agreed to dismiss without prejudice Masco Corporation and Masco Services Group Corporation.

6.    Defendants do not object to Plaintiffs dismissing without prejudice Masco Corporation and Masco Services Group Corporation.

/ / /

-3-                                          Case No. 08 CV-604 J CAB

1

2    Dated:  July _____, 2008                    RUKIN HYLAND DORIA & TINDALL LLP

3
                                                By:_____
4                                                          JOHN F. HYLAND
                                                Attorneys for ERICK GALLO, ARMANDO
5                                                GUTIERREZ, ANGEL MIRAMONTES, ANTONIO
                                                MIRAMONTES,  LUIS MIRAMONTES, MANUEL
6                                                MONTES, and SAMUEL ALVAREZ HARO

7

8    Dated:  August 14, 2008                      GULLEDGE LAW GROUP

9
                                                By:_s/Linda J. Gulledge_____
10                                                          LINDA J. GULLEDGE
                                                          lgulledge@workinglaw.com
11                                                Attorneys for ERICK GALLO, ARMANDO
                                                GUTIERREZ, ANGEL MIRAMONTES, ANTONIO
12                                                MIRAMONTES,  LUIS MIRAMONTES, MANUEL
                                                MONTES, and SAMUEL ALVAREZ HARO
13

14

15    Dated:  July _____, 2008                    PROSKAUER ROSE LLP

16
                                                By:_____
17                                                          ARTHUR F. SILBERGELD

18
                                                Attorneys for GUY EVANS, INC., and BUILDER
19                                                SERVICES GROUP, INC.

20

21

22

23

24

25

26

27

28
                                            -4-                    Case No. 08 CV-604 J CAB

1
2
Dated: ~~July~~ *August* 13 , 2008

3
4

5
6

7

8
Dated: July _____ , 2008

9
10

11
12

13

14
Dated: ~~July~~ *August 7* _____ , 2008

15
16

17

18

19

20

21

22

23

24

25

26

27

28

RUKIN HYLAND DORIA & TINDALL LLP


By: _____
        JOHN F. HYLAND
Attorneys for ERICK GALLO, ARMANDO
GUTIERREZ, ANGEL MIRAMONTES, ANTONIO
MIRAMONTES, LUIS MIRAMONTES, MANUEL
MONTES, and SAMUEL ALVAREZ HARO


GULLEDGE LAW GROUP


By: _____
        LINDA J. GULLEDGE
Attorneys for ERICK GALLO, ARMANDO
GUTIERREZ, ANGEL MIRAMONTES, ANTONIO
MIRAMONTES, LUIS MIRAMONTES, MANUEL
MONTES, and SAMUEL ALVAREZ HARO


PROSKAUER ROSE LLP


By: _____
        ARTHUR F. SILBERGELD

Attorneys for GUY EVANS, INC., and BUILDER
SERVICES GROUP, INC.

-4-                              Case No. 08 CV-604 J CAB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**EXHIBIT A**

28

-5-

Case No. 08 CV-604 J CAB

## TOLLING AGREEMENT

ERICK GALLO, ARMANDO GUTIERREZ, ANGEL MIRAMONTES, ANTONIO MIRAMONTES, LUIS MIRAMONTES, MANUEL MONTES, and SAMUEL ALVAREZ HARO (collectively "PLAINTIFFS"), by and through their counsel, John F. Hyland and Rukin Hyland Doria & Tindall LLP, and MASCO CORPORATION, MASCO SERVICES GROUP CORP. (erroneously named as "Masco Services Group Corporation") , GUY EVANS, INC., and BUILDER SERVICES GROUP, INC. (collectively "DEFENDANTS"), by and through their counsel, Arthur F. Silbergeld and Proskauer Rose LLP, enter this agreement tolling the applicable statutes of limitations ("Agreement") governing PLAINTIFFS' claims, as alleged in the first amended complaint PLAINTIFFS filed in the action entitled *Gallo, et al. v. Masco Corporation, et al.* (the "Lawsuit") (United States District Court for the Southern District of California, Case No. 3:08 CV 604 J CAB).

WHEREAS, PLAINTIFFS filed the Lawsuit on April 2, 2008, asserting claims against DEFENDANTS arising out of PLAINTIFFS' employment; and

WHEREAS, Masco Corporation and Masco Services Group Corp. contend that neither entity employ nor at any time employed PLAINTIFFS, and that PLAINTIFFS cannot validly assert claims against either entity; and

WHEREAS, Masco Corporation and Masco Services Group Corp. has requested that PLAINTIFFS dismiss them as defendants from the Lawsuit;

WHEREAS, PLAINTIFFS maintain that a basis for liability may exist as to Masco Corporation and Masco Services Group Corp., and that a basis for liability may also exist as to other related entities, but PLAINTIFFS require additional information in this regard, including information regarding the structure of these entities, their operations, and the interrelationship of the various Masco and Masco-related entities; and

WHEREAS, Masco Corporation and Masco Services Group Corp. expressly deny the existence of any basis of liability as to it or them or any of its or their subsidiary, related or affiliated companies and further deny that the production of any additional information would aid in the establishment of liability against Masco Corporation and/or Masco Services Group Corp. in this regard,

NOW, THEREFORE, PLAINTIFFS and DEFENDANTS agree as follows:

1.    PLAINTIFFS and DEFENDANTS agree and hereby stipulate that the applicable statutes of limitations governing the claims asserted in the first amended complaint in the Lawsuit and any related claims against Guy Evans, Inc. and Builder Services Group Inc. shall be tolled as against Masco Corporation, Masco Services Group Corp., and all related or affiliated entities, as of the date on which DEFENDANTS'

counsel executes this Agreement and shall remain tolled until the sixtieth (60th) day following the date on which PLAINTIFFS or DEFENDANTS provide written notice via facsimile of their intent to terminate this Agreement ("the tolling period") or the date on which the Court certifies or denies certification of the Lawsuit as a class action, whichever occurs first.

2.      PLAINTIFFS shall request dismissal of Masco Corporation and Masco Services Group Corp. from the Lawsuit without prejudice.

3.      Notwithstanding PLAINTIFFS' dismissal of these entities, PLAINTIFFS and DEFENDANTS agree that, subject to the applicable Federal Rules of Civil Procedure and without waiving any of Defendants' objections thereunder, PLAINTIFFS may propound reasonable discovery in the Lawsuit directed at ascertaining whether a basis for liability exists as to Masco Corporation, Masco Services Group Corp. or any related or affiliated entities.

4.      Nothing in this Agreement shall be construed as an admission by DEFENDANTS of liability or of the validity of any claim asserted by PLAINTIFFS.

5.      This Agreement contains the entire agreement between PLAINTIFFS and DEFENDANTS on this subject and may only be modified in writing, signed by authorized representatives of PLAINTIFFS and DEFENDANTS.

6.      The signatures below are by the attorneys representing PLAINTIFFS and DEFENDANTS as indicated. Each attorney represents that he has authority to enter into this Agreement. PLAINTIFFS and DEFENDANTS, through respective counsel, have been advised and understand that this Agreement may affect their legal rights.

7.      This Agreement may be executed in counterparts and will take effect upon execution by PLAINTIFFS' counsel and DEFENDANTS' counsel.

Dated: July 22, 2008          RUKIN HYLAND DORIA & TINDALL LLP

By: _____

JOHN F. HYLAND

GULLEDGE LAW GROUP
Linda Gulledge
Kelly Woody Gulledge

Attorneys for ERICK GALLO, ARMANDO GUTIERREZ, ANGEL MIRAMONTES, ANTONIO MIRAMONTES, LUIS MIRAMONTES, MANUEL

-2-

MONTES, and SAMUEL ALVAREZ HARO

Dated: July 28, 2008

PROSKAUER ROSE LLP

By: _____
ARTHUR F. SILBERGELD

Attorneys for MASCO CORPORATION, MASCO
SERVICES GROUP CORP., GUY EVANS, INC., and
BUILDER SERVICES GROUP, INC.

5165/30663-002 Current/11538680v1                    07/14/2008 11:51 AM