**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5, I hereby certify that I am a partner with the law firm of Gulledge Law Group, and that I caused a true and correct copy of the foregoing JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE OF MASCO DEFENDANTS to be served on the parties of this action through the Federal Court CM/ECF system, causing a true copy thereof to be electronically transmitted to the e-mail addresses noted below as follows:

PROSKAUER, ROSE LLP                                    Attorneys for Defendants
Arthur F. Silbergeld
asilbergeld@proskauer.com
Clifford Davidson
cdavidson@proskauer.com
George Samuel Cleaver
scleaver@proskauer.com
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206

RUKIN HYLAND DORIA & TINDALL LLP        Attorneys for Plaintiffs
John F. Hyland
johnhyland@rhdtlaw.com
100 Pine Street, Suite 725
San Francisco, California 94111


DATED this 14 day of August, 2008.


                                                        s/ Linda J. Gulledge
                                                        LINDA J. GULLEDGE
                                                        lgulledge@workinglaw.com
                                                        Gulledge Law Group
                                                        Attorneys for Plaintiffs

1

CERTIFICATE OF SERVICE FOR JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE OF MASCO DEFENDANTS