UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ERICK GALLO, et al,<br><br>Plaintiffs,<br><br>vs.<br><br>MASCO CORPORATION, et al<br><br>Defendants. | CASE NO. 08 CV-604 J CAB<br>*Assigned for all purposes to Judge John A. Houston*<br><br>**ORDER DISMISSING WITHOUT PREJUDICE MASCO CORPORATION AND MASCO SERVICES GROUP CORPORATION** |

Having reviewed the parties' Joint Motion and GOOD CAUSE SHOWING therein, the Court hereby orders that Masco Corporation and Masco Services Group Corporation be dismissed without prejudice.

IT IS SO ORDERED:

Dated: August 15, 2008

_____
Hon. John A. Houston

Case No. 08 CV-604 J CAB

ORDER DISMISSING WITHOUT PREJUDICE MASCO CORPORATION AND MASCO SERVICES GROUP CORPORATION