| | |
|---|---|
| 1 | John F. Hyland (Cal. Bar No. 178875) |
|  | Carole Vigne (Cal. Bar No. 251829) |
| 2 | RUKIN HYLAND DORIA & TINDALL LLP |
|  | 100 Pine Street, Suite 2150 |
| 3 | San Francisco, California 94111 |
|  | Telephone: (415) 421-1800 |
| 4 | Facsimile: (415) 421-1700 |
| 5 | Linda Gulledge (Cal. Bar No. 196862) |
|  | Kelly Woody Gulledge (Cal. Bar No. 234255) |
| 6 | GULLEDGE LAW GROUP |
|  | 1190 South Victoria Avenue, Suite 208 |
| 7 | Ventura, California 93003 |
|  | Telephone: (805) 642-1972 |
| 8 | Facsimile: (805) 642-1933 |
| 9 | Attorneys for Plaintiffs |
|  | ERICK GALLO, ARMANDO GUTIERREZ, |
| 10 | ANGEL MIRAMONTES, ANTONIO MIRAMONTES, |
|  | LUIS MIRAMONTES, MANUEL MONTES, |
| 11 | and SAMUEL ALVAREZ HARO |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ERICK GALLO, *et al.*, | CASE NO. 08-CV-0604 CAB |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS PURSUANT TO SETTLEMENT AGREEMENT** |
| vs. | |
| MASCO CORPORATION, *et al.*, | Date:         January 31, 2011 |
| Defendants. | Time:        10:00 a.m. |
|  | Courtroom: Courtroom E |
|  | Judge:       Hon. Cathy A. Bencivengo |

Case No. 08-CV-0604 CAB

Plaintiffs' Notice of Motion & Motion
for Award of Attorneys' Fees and Costs Pursuant to Settlement Agreement

1     TO DEFENDANTS AND THEIR COUNSEL OF RECORD:  PLEASE TAKE NOTICE that on January 31, 2011, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom E of the United States District Court for the Southern District of California, located at 940 Front Street, San Diego, CA 92101, Plaintiffs in this case (the "*Gallo* Case") and Plaintiffs in the related case *Ibarra, et al. v. Builder Services Group, Inc., et al.*, Case No. 10-cv-0199 CAB (removed to S.D. Cal., Jan. 26, 2010) (the "*Ibarra* Case"), will and do hereby move for an award of attorneys' fees and litigation costs in the amount of $400,000 pursuant to the terms of the settlement agreement executed with Defendants.  Plaintiffs base their motion on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the Declaration of John F. Hyland, the Declaration of Linda Gulledge, the papers and pleadings on file in these actions, and on such other matters as the parties may present to the Court at the hearing on their motion.

Dated: December 15, 2010                                    Respectfully submitted,

                                                           RUKIN HYLAND DORIA & TINDALL LLP

                                        By:_____/s/ *John F. Hyland*_____
                                                            John F. Hyland
                                                            Carole Vigne

                                                           GULLEDGE LAW GROUP
                                                           Linda Gulledge
                                                           Kelly Woody Gulledge

                                                           Attorneys for Plaintiffs

1                   Case No. 08-CV-0604 CAB
Plaintiffs' Notice of Motion and Motion
for Award of Attorneys' Fees and Costs Pursuant to Settlement Agreement