APPENDIX A: TOTAL ATTORNEYS' HOURS AND FEES

ERICK GALLO, et al. v. MASCO CORPORATION, et al.
USDC Southern District of California, Western Division
Case No. 08-CV-0604 CAB

JOSE MARTIN CARRERAS IBARRA, et al. v. BUILDER SERVICES GROUP, et al.
USDC Southern District of California, Western Division
Case No. 10-CV-0199 CAB

### TASK & STAFF LEVEL: BY HOURS

| TASK | PARALEGAL - RHDT | ASSOCIATE - RHDT | PARTNER - RHDT | PARALEGAL - GLG | PARTNER - GLG | TOTAL |
|---|---|---|---|---|---|---|
| Client Communications | 3.20 | 22.90 | 16.00 | 264.40 | 17.72 | 324.22 |
| Court Conferences/Hearings | 0.00 | 0.20 | 12.30 | 35.20 | 62.10 | 109.80 |
| Depositions | 0.40 | 227.30 | 29.70 | 97.00 | 179.10 | 533.50 |
| Investigations/Complaint | 33.90 | 13.20 | 30.00 | 42.50 | 57.40 | 177.00 |
| Motions | 12.90 | 116.80 | 105.20 | 0.20 | 15.20 | 250.30 |
| Pre-Trial | 10.30 | 149.90 | 68.00 | 237.71 | 169.20 | 635.11 |
| Settlement | 0.00 | 31.10 | 74.00 | 178.70 | 151.40 | 435.20 |
| Travel Time | 0.00 | 138.70 | 96.80 | 0.00 | 171.90 | 407.40 |
| Written Discovery | 0.90 | 64.70 | 51.60 | 135.25 | 69.30 | 321.75 |
| SUB TOTAL | 61.60 | 764.80 | 483.60 | 990.96 | 893.32 | 3,194.27 |
| Reduction in fees: Travel Time | 0.00 | 138.70 | 96.80 | 0.00 | 171.90 | 407.40 |
| TOTAL | 61.60 | 626.10 | 386.80 | 990.96 | 721.42 | 2,786.87 |

### TASK & STAFF LEVEL: BY FEE AMOUNT

| TASK | PARALEGAL - RHDT | ASSOCIATE - RHDT | PARTNER - RHDT | PARALEGAL - GLG | PARTNER - GLG | TOTAL |
|---|---|---|---|---|---|---|
| Client Communications | $ 560.00 | $ 6,870.00 | $ 7,600.00 | $ 39,660.00 | $ 7,086.67 | $ 61,776.67 |
| Court Conferences/Hearings | $ - | $ 60.00 | $ 5,842.50 | $ 5,280.00 | $ 24,840.00 | $ 36,022.50 |
| Depositions | $ 70.00 | $ 68,190.00 | $ 14,107.50 | $ 14,550.00 | $ 71,640.00 | $ 168,557.50 |
| Investigations/Complaint | $ 5,932.50 | $ 3,960.00 | $ 14,250.00 | $ 6,375.00 | $ 22,960.00 | $ 53,477.50 |
| Motions | $ 2,257.50 | $ 35,040.00 | $ 49,970.00 | $ 30.00 | $ 6,080.00 | $ 93,377.50 |
| Pre-Trial | $ 1,802.50 | $ 44,970.00 | $ 32,300.00 | $ 35,656.00 | $ 67,680.00 | $ 182,408.50 |
| Settlement | $ - | $ 9,330.00 | $ 35,150.00 | $ 26,805.00 | $ 60,560.00 | $ 131,845.00 |
| Travel Time | $ - | $ 41,610.00 | $ 45,980.00 | $ - | $ 68,760.00 | $ 156,350.00 |
| Written Discovery | $ 157.50 | $ 19,410.00 | $ 24,510.00 | $ 20,287.50 | $ 27,720.00 | $ 92,085.00 |
| SUB TOTAL | $ 10,780.00 | $ 229,440.00 | $ 229,710.00 | $ 148,643.50 | $ 357,326.67 | $ 975,900.17 |
| Reduction in fees: Travel Time | 0.00 | 41,610.00 | 45,980.00 | 0.00 | 68,760.00 | 156,350.00 |
| TOTAL | 10,780.00 | 187,830.00 | 183,730.00 | 148,643.50 | 288,566.67 | 819,550.17 |

# APPENDIX B: BILLING RATES

ERICK GALLO, et al. v. MASCO CORPORATION, et al.
USDC Southern District of California, Western Division
Case No. 08-CV-0604 CAB

JOSE MARTIN CARRERAS IBARRA, et al. v. BUILDER SERVICES GROUP, et al.
USDC Southern District of California, Western Division
Case No. 10-CV-0199 CAB

| BILLING RATES | |
|---|---|
| STAFF LEVEL | RATES |
| Paralegal - RHDT | $ 175.00 |
| Associate - RHDT | $ 300.00 |
| Partner - RHDT | $ 475.00 |
| Paralegal - GLG | $ 150.00 |
| Partner - GLG | $ 400.00 |

APPENDIX C: TOTAL COSTS

ERICK GALLO, et al. v. MASCO CORPORATION, et al.
USDC Southern District of California, Western Division
Case No. 08-CV-0604 CAB

JOSE MARTIN CARRERAS IBARRA, et al. v. BUILDER SERVICES GROUP, et al.
USDC Southern District of California, Western Division
Case No. 10-CV-0199 CAB

| COST TYPE | COSTS INCURRED - RHDT & GLG | | |
|---|---|---|---|
| | COST - RHDT | COST-GLG | TOTAL |
| Copies | $ 531.60 | $ 232.95 | $ 764.55 |
| Deposition - Transcript | $ 3,586.65 | $ 6,160.06 | $ 9,746.71 |
| Filing & Legal Service | $ 2,177.16 | $ 1,271.90 | $ 3,449.06 |
| Mail/Fax/Phone | $ 165.41 | $ 775.51 | $ 940.92 |
| Research | $ 409.23 | $ - | $ 409.23 |
| Translation service fees | $ - | $ 1,670.56 | $ 1,670.56 |
| Travel | $ 28,084.92 | $ 7,046.76 | $ 35,131.68 |
| Witness Fees | $ - | $ 143.55 | $ 143.55 |
| Grand Total | $ 34,954.97 | $ 17,301.29 | $ 52,256.26 |